UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CARL E. ROSE, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-00035-SNLJ |
| SHERIFF WES DRURY, et al., | ) ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order filed contemporaneously with this Order of Dismissal and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** on this 18th day of December, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE